1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  CESAR ESPINOZA MORA,                         )        1:10-cv-00033-JLT HC
                                                 )
12                      Petitioner,              )        ORDER GRANTING PETITIONER'S
                                                 )        MOTION TO SUBSTITUTE RESPONDENT
13          v.                                   )        (Doc. 8)
                                                 )
14                                               )        ORDER DIRECTING CLERK OF THE
    USA,                                         )        COURT TO SUBSTITUTE "B. WAGNER"
15                                               )        FOR "USA" AS RESPONDENT
                                                 )
                        Respondent.              )
16  _____         )

17

18          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

19  pursuant to 28 U.S.C. § 2241.   Petitioner filed the instant petition on December 22, 2009, in the

20  United States District Court for the Middle District of Florida.  (Doc. 1).  On January 7, 2010, the

21  case was transferred to this Court.  (Doc. 4).  On March 17, 2010, after screening the petition, the

22  Court issued an order requiring Petitioner to file a motion to substitute the name of his current

23  warden for "USA" or face dismissal of the petition for lack of jurisdiction.  (Doc. 7).  On March 29,

24  2010, Petitioner filed his motion to name B. Wagner as Respondent in this case.  (Doc. 8).

25          Accordingly, it is HEREBY ORDERED as follows:

26          1.      Petitioner's motion to substitute respondents (Doc. 8), is GRANTED; and,

27  ///

28  ///

U.S. District Court

E. D. California                                          1

2.      The Clerk of the Court is DIRECTED to substitute the name of "B. Wagner,

Warden," for "USA" as the named respondent in this action.


IT IS SO ORDERED.

Dated:   **April 2, 2010**                                             **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

U.S. District Court

E. D. California

2